IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNARD WILLIAMS, | : | No. 3:14cv1600 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Chief Magistrate Judge Carlson) |
| KIMBERLY BARKLEY, | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

**AND NOW**, to wit, this 4th day of February 2015, it is **HEREBY ORDERED** as follows:

1. Plaintiff's objection to the Report and Recommendation (Doc. 20) is **OVERRULED**;

2. The Report and Recommendation of Chief Magistrate Judge Carlson (Doc. 19) is **ADOPTED**;

3. The amended complaint (Doc. 12) is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court